# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN OSEGUEDA,<br>        Petitioner,<br>  v.<br>RANDY GROUNDS,<br>        Respondent. | No. CV 12-6250-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 15, 2012   _____
                                                            JAMES V. SELNA
                                                     United States District Judge